# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMJI LAL, | ) 1:07-cv- 00255-OWW-TAG HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION (Doc. 7) |
| v. | ) |
| | ) ORDER GRANTING RESPONDENT'S |
| | ) MOTION TO DISMISS (Doc. 6) |
| MICHAEL CHERTOFF, | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| Respondent. | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |

On February 15, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

On May 1, 2007, Respondent filed a motion to dismiss the petition. (Doc. 6). On June 28, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed as moot because Petitioner had been released from Respondent's custody. (Doc. 7). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed June 28, 2007 (Doc. 7), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 6), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as MOOT; and,
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   July 27, 2007**                               /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE